NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CUTRALE FARMS, INC., )
)
    Appellant, )
)
v. )    Case No. 2D19-3215
)
BLUE GOOSE CONSTRUCTION, LLC, )
and THE CINCINNATI INSURANCE )
COMPANY, )
)
    Appellees. )
_____ )

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Polk
County; John M. Radabaugh, Judge.

Douglas W. Ackerman, Brian P. Kirwin,
and Leanne E. Palmer of Kirwin Norris,
P.A., Orlando, for Appellant.

Joseph W. Lawrence, II; Mike Piscitelli;
and Nicole D. Moss of Vezina, Lawrence
& Piscitelli, P.A., Fort Lauderdale; John W.
Frost, II, of Frost Law Firm, P.A., Bartow;
and Steven L. Brannock of Brannock
Humphries  Berman, Tampa, for Appellee
The Cincinnati Insurance Company.

No appearance for Appellee Blue Goose
Construction, LLC.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and SMITH, JJ., Concur.